UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Jerrold Siegel, | : |
| Plaintiff, | : Civil Action No.: 8:13-cv-03065 |
| v. | : |
| Regional Acceptance Corporation d/b/a Regional Credit Corporation, | : **COMPLAINT** |
| Defendant. | : |

For this Complaint, Plaintiff, Jerrold Siegel, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

3. Plaintiff, Jerrold Siegel ("Plaintiff"), is an adult individual residing in Beltsville, Maryland

4. Defendant, Regional Acceptance Corporation d/b/a Regional Credit Corporation ("Regional"), is a North Carolina business entity with an address of Winston Salem, North Carolina 27102.

## FACTS

5. Within the last year, Regional contacted Plaintiff by placing calls to Plaintiff's cellular phone using an automatic telephone dialing system with an artificial or prerecorded

voice.

6. When answering Regional's telephone calls, Plaintiff heard a pre-recorded message asking him to enter his social security number.

7. Plaintiff never provided consent to Regional to be contacted on his cellular telephone.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *et seq.*

8. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

9. Without prior express consent, Defendant contacted Plaintiff by means of automated telephone calls on his cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii). As such, each call placed to Plaintiff is a knowing and/or willful violation of the TCPA, and is therefore subject to treble damages of $1,500.00 per call pursuant to 47 U.S.C. § 227(b)(3)(C).

10. In the alternative, as a result of each negligent call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 for each call pursuant to 47 U.S.C. § 227(b)(3)(B).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages for each call, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);
2. Attorney's costs and fees; and
3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 15, 2013

        Respectfully submitted,

        By   */s/ Sergei Lemberg*
        Sergei Lemberg, Esq.
        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        ATTORNEYS FOR PLAINTIFF