**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Jerrold Siegel, <br><br> Plaintiff, <br> v. <br><br> Regional Acceptance Corporation d/b/a <br> Regional Credit Corporation; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 8:13-cv-03065-JFM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: May 20, 2014

                                                                                  Respectfully submitted,
                                                                                 By /s/ Sergei Lemberg
                                                                                 Sergei Lemberg, Esq.
                                                                                 LEMBERG LAW L.L.C.
                                                                                 A Connecticut Law Firm
                                                                                  1100 Summer Street, 3rd Floor
                                                                                 Stamford, CT 06905
                                                                                  Telephone: (203) 653-2250
                                                                                  Facsimile: (203) 653-3424
                                                                                  ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Mary C. Zinsner, Esq.
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
*Counsel for Defendant*

By  /s/ Sergei Lemberg

Sergei Lemberg