**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**DIVISION**

_____

| | : | |
|---|---|---|
| Jerrold Siegel, | : | |
| | : | |
| | : | Civil Action No.:  8:13-cv-03065-JFM |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Regional Acceptance Corporation d/b/a | : | |
| Regional Credit Corporation; and DOES 1-10, | : | |
| inclusive, | : | |
| | : | |
| Defendant. | : | |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Regional Acceptance Corporation d/b/a Regional Credit Corporation with prejudice and without costs to any party.

| | |
|---|---|
| Jerrold Siegel | Regional Acceptance Corporation d/b/a Regional Credit Corporation |
| /s/ Sergei Lemberg | /s/ Mary C. Zinsner |
| Sergei Lemberg, Esq.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Email: slemberg@lemberglaw.com<br>Attorney for Plaintiff | Mary C. Zinsner, Esq.<br>TROUTMAN SANDERS LLP<br>1850 Towers Crescent Plaza, Suite 500<br>Tysons Corner, Virginia 22182<br>Telephone:  (703) 734-4363<br>Email: mary.zinsner@troutmansanders.com<br>Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By /s/ Sergei Lemberg
                                                            Sergei Lemberg